Darrell Lee WITTS, Plaintiff–Appellant,

v.

Dr. HARRIS, Institution Doctor, Defendant–Appellee.

No. 12–6697.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

Darrell Lee Witts, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Lee Witts seeks to appeal the district court's order, which, inter alia, denied his second request for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Witts seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*